# Third District Court of Appeal

## State of Florida

Opinion filed August 23, 2023.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D23-960
Lower Tribunal No. F20-14475A
_____

**Levar Reeves,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Ramiro C. Areces, Judge.

Levar Reeves, in proper person.

Ashley Moody, Attorney General, for appellee.

Before FERNANDEZ, HENDON and LOBREE, JJ.

PER CURIAM.

Levar Reeves appeals the trial court's order denying his motion for post-conviction relief alleging ineffective assistance of trial counsel. At the time that Reeves filed his motion, his direct appeal was pending before this court. Because the trial court was without jurisdiction to consider and rule on Reeves' post-conviction motion while the direct appeal was pending, we reverse and remand with instructions to dismiss the post-conviction motion without prejudice to refile same after this court disposes of the direct appeal. See Daniels v. State, 712 So. 2d 765 (Fla. 1998).